

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00250-CV

| | | |
|---|---|---|
| TOWN OF LITTLE ELM, Appellant | § | On Appeal from the 481st District Court |
| | § | of Denton County (21-11351-16) |
| V. | § | December 7, 2023 |
| RICHARD CLIMER, Appellee | § | Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order denying Appellant Town of Little Elm's plea to the jurisdiction is reversed, and we render judgment dismissing Appellee Richard Climer's claims against Little Elm.

It is further ordered that Richard Climer shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell